IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

CLARENCE AUSTIN,

      Plaintiff,

                                  JUDGMENT IN A CIVIL CASE

v.

                                  11-cv-201-bbc

OMEGA SCHOOL, DANE COUNTY JAIL
and JAIL LIBRARY BRANCH,

      Defendants.

---

      This action came for consideration before the court with District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.

---

      IT IS ORDERED AND ADJUDGED that judgment is entered denying plaintiff Clarence Austin leave to proceed in forma pauperis and this case is dismissed.

_____      _____
Peter Oppeneer, Clerk of Court                  4/27/11
                                                               Date